F. Thomas Edwards, Esq.
Nevada Bar No. 9549
E-Mail: tedwards@nevadafirm.com
R. McKay Holley, Esq.
Nevada Bar No. 15934
E-Mail: mholley@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Chris Beatty, Esq.
California Bar No. 266466
E-Mail: chris.beatty@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
Telephone: 310/788-4400
(*Pro Hac Vice* Petitions Pending)

*Attorneys for Terracotta Credit REIT, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S VALLEY VIEW TWAIN, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TERRACOTTA CREDIT REIT, LLC., a Delaware limited-liability company, ASSURED LENDER SERVICES INC, a California Corporation,<br><br>Defendants. | Case No. 2:24-cv-01155<br><br>Stipulation And Order To Dismiss Without Prejudice |

IT IS HEREBY STIPULATED by Plaintiff S Valley View Twain ("Plaintiff"), by and through its attorney of record, Lee I. Iglody, Esq., and Defendant TerraCotta Credit REIT, LLC ("Defendant"), by and through its attorneys of Record, F. Thomas Edwards, Esq., and R. McKay Holley, Esq. of the law firm Holley Driggs, and Chris Beatty, Esq. of the law firm Katten Muchin Rosenman LLP, that the above-entitled matter be dismissed without prejudice, each party to bear

- 1 -

15666-01/3176364

their own fees and costs. This dismissal shall have no effect on any claims, counterclaims, crossclaims, or defenses that may be brought or asserted in a court of competent jurisdiction.

**IT IS SO STIPULATED:**

Dated this  1st  day of ~~June~~ July, 2024.

**HOLLEY DRIGGS**

/s/ F. Thomas Edwards
_____
Thomas Edwards, Esq. (NV Bar No. 9549)
R. McKay Holley, Esq. (NV Bar No. 15934)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

And

**KATTEN MUCHIN ROSENMAN LLP**
Chris Beatty, Esq.
California Bar No. 266466
(*Pro Hac Vice* Petitions Pending)
515 South Flower Street, Suite 4150
Los Angeles, California 90071-2212

*Attorneys for TerraCotta Credit REIT LLC*

Dated this 30th day of June, 2024.

_____
Lee I. Iglody, Esq. (NV Bar No. 7757)
2580 St. Rose Pkwy. Suite 330
Henderson, NV 89074
Tel: (702) 425-5366
Email: Lee@Iglody.com

*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this  2  day of July, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

15666-01/3176364